# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

500 13th Street, S.E.
Washington, D.C.

**APPLICATION AND AFFIDAVIT
FOR SEARCH WARRANT**

CASE NUMBER:

(Further described below)

I    Daniel C. Sparks    being duly sworn depose and say:

I am a(n)   Special Agent with the Federal Bureau of Investigation   and have reason to believe
(Official Title)

that (name, description and or location)
on the property or premises known as 500 13th Street, S.E., Washington, D.C., a multi-story tan brick building. The exterior of the first floor is covered by a reddish metal awning. The numerals 500 are written on a piece of cardboard that is taped above the door.

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property to be searched)
See Attached Affidavit.

which is (state one or more bases for search and seizure set forth under Rule 41(c) of the Federal Rules of Criminal Procedure)
See Attached Affidavit.

concerning a violation of Title  18  United States Code, Section(s)  2315 & 371 . The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.    X  YES    ☐  NO

John K. Han
Assistant United States Attorney
(202)202-514-6519

Signature of Affiant
Daniel C. Sparks, Special Agent
Federal Bureau of Investigations

Sworn to before me, and subscribed in my presence

at Washington, D.C.

Date

Name and Title of Judicial Officer          Signature of Judicial Officer

AFFIDAVIT IN SUPPORT OF A SEARCH WARRANT FOR:

500 13th Street, S.E., Washington, D.C.
1620 Good Hope Road Street, S.E., Washington, D.C.
5124 Saint Barnabas Road, Temple Hills, MD.

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

_____

## I. BACKGROUND AND EXPERIENCE

1. I am a Special Agent with the Federal Bureau of Investigation (FBI), United States Department of Justice, and have been so employed since September 1990. I am currently assigned to the Washington Metropolitan Field Office, Safe Streets Gang Homicide Unit. I have been the lead case agent investigating several long-term, gang-related enterprises which resulted in successful prosecutions of these organizations in the United States District Court for the District of Columbia. These investigations include, United States v. Tommy Edelin, et al., which was the first death penalty prosecution in the District of Columbia in over 30 years. Another was, United States v. Kevin Gray, et al., which involved a total of 23 defendants charged with various crimes such as violations of the Racketeering and Influenced and Corrupt Organizations (RICO) statute, racketeering conspiracy, maintaining a continuing criminal enterprise (CCE), and narcotics violations. The two investigations involved a total of forty-six (46) separate murders. Additionally, I have lectured at the FBI Academy in Quantico, Virginia on gang-related investigations and on the use of informants and cooperating witnesses. Furthermore, I have lectured at the University of Virginia School of Law as well as the National Advocacy Center in Columbia, South Carolina on the use of informants and cooperating

witnesses. In November of 2000, I taught a course on "Task Force Operations" to the National Police in Kiev, Ukraine.

2. I have received instruction and training from the FBI in homicide and narcotic related investigations. I have participated in over 100 narcotics-related investigations and participated in over 1,200 search warrants that have led to the arrests and convictions of numerous defendants.

## II. LOCATIONS TO BE SEARCHED

3. This affidavit is being submitted in support of an application which seeks authorization to search the buildings located at 500 13th Street, S.E., Washington, D.C., 1620 Good Hope Road, S.E., Washington, D.C., and 5124 Saint Barnabas Road, Temple Hills, MD.

## III. DESCRIPTION OF PREMISES

4. 500 13th Street, S.E., Washington, D.C., is a multi-story tan brick building. The exterior of the first floor is covered by a reddish metal awning. The first floor appears to have several large windows that are all covered by white painted wood. The entrance is on the southeast corner of the intersection of E Street and 13th Street, S.E. The door is glass with a dark colored metal frame. The majority of the glass on the door is covered by a wood board. The numerals 500 are written on a piece of cardboard that is taped above the door. The residence of 502 13th Street, S.E. is to the right of the front door of 500 13th Street, S.E.

5. 1620 Good Hope Road, S.E., Washington, D.C. is a two story tan brick row house with a brown front door with brown oval glass in the center of the door. The numerals 1620 are black on a white placard located to the right of the front door. The house has a covered front porch and the house has white trim. The back yard is fenced and contains a Volkswagen station wagon automobile with D.C. registration listing the registered owner as Sylvia Burrows.

6. 5124 Saint Barnabas Road, Temple Hills, MD. is a red brick single family home with a white wrought iron outer front door and white inner front door. Numerals 5124 are affixed above the front door. There is a bay window to the right of the front door. The backyard is fenced and contains several automobiles and an outbuilding.

### III. THE INVESTIGATION

7. This affidavit is based upon evidence and information that stems from a theft that occurred on January 23, 2008 at the Nieman Marcus Department Store located at 2255 International Drive, McLean, Virginia. In the preparation of this affidavit your affiant has relied upon video surveillance evidence used by the Loss Prevention Department of Nieman Marcus, knowledge of the subjects involved in the theft, confidential source information, evidence gathered during the execution of search warrants and information provided by sworn members of the Metropolitan D.C. Police Department. Your affiant has included in this affidavit facts which he believes are sufficient to support a probable cause finding for the issuance of the requested search warrant but not all facts concerning this case that are known to your affiant.

8. On January 23, 2008, your affiant was contacted by a confidential source (hereinafter referred to as CS-1). CS-1 advised that three individuals CS-1 knows as "Man", "Tony" (Man's brother) and "Woot." had just committed a theft of (8) eight Chanel purses from the Tysons Corner Mall. Your affiant knows these three individuals to be WALTER ANTONIO DOUGLAS a/k/a "Man", ANTONIO DOUGLAS a/k/a "Tony" and JOHN WEST LYONS a/k/a "Woot."

9. WALTER ANTONIO DOUGLAS a/k/a "Man" is a convicted felon currently on Supervised Release in United States District Court, District of Columbia as well as probation with the State of Virginia. WALTER DOUGLAS has been convicted of robbery and theft in both

Maryland and Virginia. Convictions in both of those jurisdictions involved the theft of high end jewelry such as Rolex watches and diamond bracelets.    ANTONIO DOUGLAS a/k/a "Tony" is WALTER'S brother.  ANTONIO DOUGLAS  has robbery and theft convictions in Maryland and has been charged with Conspiracy to Commit Robbery (disposition unknown by your affiant) in Washington, D.C.  JOHN WEST LYONS a/k/a "Woot" is currently wanted  in Prince George's County Maryland on Armed Robbery, First Degree Assault, Second Degree Assault and Theft in excess of $500.  These charges stem from the November 19, 2007 robbery of the Macy's Department store located at 4101 Branch Avenue, Temple Hills, MD.

     10. On January 23, 2008, your affiant spoke with the Manager of Loss Prevention at the Nieman Marcus Department Store located at 2255 International Drive, McLean, Virginia.  The Manager advised that a theft had occurred at his store at approximately 12:55 p.m. by three black males.  These three subjects stole, from Nieman Marcus, 8 (eight) Chanel purses.  One of the purses was recovered outside of the store.  The total theft was valued at $16,165.00.  The theft was captured on video tape which your affiant has reviewed.  While the faces are not clearly depicted, two of the subjects wore their hair in long dred locks.  Both ANTONIO DOUGLAS and JOHN LYONS wear their hair in long dred locks.  The third subject had a haircut which is similar to WALTER DOUGLAS.  Based on a brief side view glimpse of the three fleeing felons, your affiant was able to identify WALTER DOUGLAS as one of the three fleeing felons.[1]

     11. The video tape clearly depicts WALTER DOUGLAS wearing a reddish baseball cap with a tan insignia, a dark puffy coat, and black leather boots; ANTONIO DOUGLAS wearing a

---

[1] Your affiant has significant prior contacts with WALTER DOUGLAS.

black baseball cap with a white insignia, a multi-colored jacket with a white design on the chest, back and sleeves, and brown leather boots with black soles; JOHN WEST LYONS wearing a tan floppy hat with a brim, and a tan pullover type sweater.

12. Another video shows that three subjects made their escape in a black LINCOLN Continental car with a front license plate that says "Auto Source" and a Maryland temporary tag on the rear of the vehicle. Additionally, the vehicle used in the theft was missing the gas cap and had a had body damage to the left rear bumper. This same vehicle was observed by your affiant parked in the parking lot in front of 1737 W Street, S.E., (target residence).

13. CS-1 placed a telephone call to WALTER DOUGLAS on January 23, 2008, and allowed your affiant to listen to the conversation. Your affiant knows WALTER DOUGLAS and could recognize his voice as the person to whom CS-1 was talking. WALTER DOUGLAS told CS-1 that "all of the bags were gone."

14. CS-1 observed WALTER DOUGLAS and ANTONIO DOUGLAS inside of 1737 W Street, S.E. Apartment 106 on January 23, 2008. According to CS-1, ANTONIO DOUGLAS resides in this apartment. A query of law enforcement data bases shows both WALTER DOUGLAS and ANTONIO DOUGLAS living in different apartments at this address in the past.

15. CS-1 had a subsequent conversation with WALTER DOUGLAS on January 23, 2008, and WALTER DOUGLAS said that the three subjects were planning on committing a robbery on January 24, 2008 and wanted to know if CS-1 would accompany them. WALTER DOUGLAS told CS-1 that they were planning on robbing a jewelry store of diamond bracelets and a department store of more purses. DOUGLAS also said that they would be carrying pistols and wearing masks.

16. Based on the foregoing a warrant was issued on January 24, 2008, for the premises

known as 1737 W Street, S.E. Apartment 106. That warrant sought evidence of the crimes of conspiracy, conspiracy to commit theft and robbery, Chanel purse labels, vehicle ownership documents pertaining to the Lincoln Continental getaway car, clothing worn by the subjects as well as firearms, documents containing leasee information, and other relevant evidence of the theft at Nieman Marcus as well as evidence of future store thefts and robberies.

17. That warrant was executed at approximately 1:50 p.m., on January 24, 2008. Recovered during the search was, <u>inter alia</u>, a handgun and some clothing worn during the theft of the Nieman Marcus Department Store located at 2255 International Drive, McLean, Virginia. The three subjects believed to have committed the theft were arrested in connection with the execution of the search warrant. One of those subjects informed law enforcement that the Chanel purses stolen during the theft were sold to "David," whom he described as the Italian guy who owns the liquor store, Rose Mar, located at 1537 Good Hope Road, S.E., Washington, D.C. and adjoins 1935 16th Street, S.E., Washington, D.C.[2] The subject stated further that they sold the purses to "David" inside of 1935 16th Street, S.E., Washington, D.C.

18. Based on the foregoing a warrant was issued on January 24, 2008, for the premises known as Rose Mar Liquor Store, located at 1537 Good Hope Road, S.E., Washington, D.C. and adjoining 1935 16th Street, S.E., Washington, D.C. The warrant sought evidence of the crimes of

---

[2] The premises identified as Rose Mar Liquor Store located at 1537 Good Hope Road, S.E., Washington, D.C. adjoins 1935 16th Street, S.E., Washington, D.C. According to the subject involved in the theft, the two addresses are comprised of one building owned by "David." The subject also identified David's vehicle which was parked in front of 1935 16th Street, S.E. A check of D.C. DMV records revealed that David Nikolow is the registered owner of the vehicle identified by the subject. Additionally, the subject stated that David regularly fences high-end merchandise at 1935 16th Street, S.E., Washington, D.C.

conspiracy, conspiracy to commit theft, Chanel purses, and other relevant evidence of theft.

19. That warrant was executed at approximately 7:45 p.m., on January 24, 2008. Located during the search, <u>inter alia</u>, were Chanel purses[3], 2 rifles, 2 pistols, 5 revolvers, 2 shotguns, various calibers of ammunition and magazines, approximately $23,628 in United States Currency, numerous mountain bikes, numerous construction tools, jewelry, shoes and clothing, and numerous Gucci, Chanel handbags and Coach handbags.

20. Also located during the search were documents naming David Nikolow as lessee of Rose Mar Liquor Store and other documents listing David Nikolow's address as 1307 E Street, S.E., Washington, D.C. Additionally, the vehicle described in footnote three is one of seven vehicles registered to David and Petra Nikolow at 1307 E Street, S.E., Washington, D.C. On January 25, 2008, a female fitting the description of Petra Nikolow was seen entering the target premises, then leaving and entering a vehicle registered to her at that address and then leaving the residence.

21. Based on the foregoing a warrant was issued on January 25, 2008, for the premises known 1307 E Street, S.E., Washington, D.C. The warrant sought evidence of the crimes of conspiracy, conspiracy to commit theft, and theft.

22. That warrant was executed at approximately 6:45 p.m., on January 25, 2008. Located during the search was, <u>inter alia</u>, furs, jewelry, watches, handbags, documents and four firearms of which one was not functional due to a missing cylinder.

**500 13<u>th</u> St., S.E., Washington, D.C.**

23. Also seized were documents indicating that David Nikolow had purchased the entire

---

[3] The Chanel purses recovered are believed to be those stolen from Nieman Marcus Department Store located at 2255 International Drive, McLean, Virginia.

building identified as 500 13th Street S.E., in which his residence, 1307 E Street, S.E., is located. I believe that there are no other residences inside of 500 13th Street. In addition to the front door through which entry was made, there are multiple additional doors on the outside of the building. After making entrance into the premises, agents spoke with a neighbor of David Nikolow. The neighbor informed law enforcement that he had been behind the multiple doors with David Nikolow and that behind the doors were spaces used by David Nikolow for storage. He stated further that the storage spaces were full of merchandise.

24. During the execution of the warrant at 1307 E Street, S.E., Petra Nikolow arrived at the residence and confirmed to your affiant that she and her husband David owned the entire building which includes the 500 13th Street address. Additionally, Commercial Real Estate Income and Expense Report documents for tax year 2005 from the Government of the District of Columbia were recovered during the search at Rose Mar Liquors located at 1537 Good Hope Road, S.E., which indicate that the Nikolows own 500 13th Street, S.E.

**1620 Good Hope Rd., S.E., Washington, D.C.**

25. On January 24, 2008, during the execution of the search warrant at Rose Mar Liquors located at 1537 Good Hope Road, S.E. your affiant spoke to the Metropolitan D.C. police officer who has patrolled the area around Rose Mar Liquors and he said that he regularly sees the owner, David, walking from the liquor store with boxes to the house across the street where his girlfriend lives.

26. On January 25, 2008, during the execution of the search warrant at Rose Mar Liquors Metropolitan D.C. Detective Oliver Garvey spoke to a woman who refused to identify herself. However, she admitted that she is a part-time employee of Rose Mar Liquors, where much of the

suspected stolen merchandise was in plain view. She stated that she has known David, the owner, for over 20 years and that she and David have a child together. She stated that she lives at 1620 Good Hope Rd, S.E., which was later confirmed by a police officer who went to that location and saw her there. In the rear of that residence is a car that is registered to Sylvia Burrows at 1620 Good Hope Rd. Additionally, a Valentine's Day card "For My Husband" was located and on the inside of the card was the salutation "Love Sylvia 2/14/05."

27. Located during the search of Rose Mar Liquors, inter alia, was a document from the Government of the District of Columbia Notice of Proposed Real Property Assessment for Tax Year 2008 for 1620 Good Hope Road, S.E,. listing David Nikolow as the owner. Based on these facts, I believe that there is probable cause that David Nikolow has brought boxes of stolen merchandise from the Rose Mar Liquor Store to his girlfriend's residence at 1620 Good Hope Rd. and is storing them there.

**5124 Saint Barnabas Rd., Temple Hills, Maryland**

28. Located during the search of Rose Mar Liquors was a Verizon telephone bill with a billing date of 12/04/07 addressed to David Nikolow at 5124 Saint Barnabas Road, Temple Hills, MD. Also recovered from the search of Rose Mar Liquors was a Water & Sewer bill for 8/17/07 to 11/8/07 addressed to "Mr/Ms Nikolow, 5124 Saint Barnabas Rd, Temple Hills, MD."

29. Your affiant recently reviewed a report prepared on September 8, 2004 by Arlington County, Virginia Detective A.D. Allen. The report was an interview of a confidential source who described a "white man" in a liquor store at the corner of 16th St and Good Hope Road, S.E. in D.C. The subject always has a cigar in his mouth. The source went on to say that the "white man" buys "big stolen diamonds" from street thieves paying in cash at a lower price and then re-sells the stolen

goods at a higher price.  All of the transactions are conducted inside of the liquor store.  The source went on to say that the "white man" drives a burgundy Suburban, gray Mercedes and a black Volvo.  The "white man" lives in a house on Saint Barnabas Road in P.G. County.

30.  Your affiant participated in a surveillance of 5124 Saint Barnabas Road, Temple Hills, MD on January 27, 2008.  A bluish colored Lexus Coupe bearing Maryland registration listing Ivan Alexander of 5912 Wild Flower Court, Rockville, MD, as the owner was parked in the front yard.  This Lexus Coupe matches the description of the car the neighbor at 1307 E Street, S.E. reported seeing David Nikolow driving at around 11:00 a.m. on January 25, 2008.  The aforementioned name of Ivan Alexander was listed in a documents seized during the search of 1307 E Street, S.E. warrant.  A silver Mercedes and Burgundy SUV was observed parked in the backyard.  These vehicles match the description the Arlington County source said belonged to the "white man" who is believed to be David Nikolow.

31.  Your affiant queried the DMV files for the District of Columbia and between David Nikolow and his wife Petra they have at least seven vehicles registered to the 1307 E. Street, S.E. address. Two of the seven vehicles are Mercedes Benz.

32.  A query of the National Crime Information Center (NCIC) for David Nikolow a/k/a Zweater Nikolou, FBI Number 723234T2 reflects a 1984 conviction in the District of Columbia for Trafficking in Stolen Goods and a 1986 conviction in the District of Columbia for Possession with the Intent to Distribute Marijuana and two counts of Unregistered Firearm, Unregistered Ammunition and Possession of a Prohibited Weapon.  NCIC also reflects an arrest in 1997 by the Airport Authority of Washington D.C. for Carrying a Weapon.

Based on the foregoing your affiant submits that secreted within the confines of 500 13th

Street, S.E., Washington, D.C., 1620 Good Hope Road, S.E., Washington, D.C., and 5124 Saint Barnabas Road, Temple Hills, MD, is evidence of the crimes of conspiracy, conspiracy to commit theft, and theft.

_____

DANIEL C. SPARKS
Special Agent
Federal Bureau of Investigation

Sworn to and subscribed before me
this __ day of January 2008, the District of Columbia

_____
United States District Court Judge

11