AO93(Rev 5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

500 13th Street, S.E.
Washington, D.C.

**SEARCH WARRANT**

CASE NUMBER: 08 - 0 5 3 - M - 0 1

TO  Daniel C. Sparks   and any Authorized Officer of the United States

Affidavit(s) having been made before me by Special Agent Daniel C. Sparks   who has reason to believe that
(name, description and or location)

on the property or premises known as 500 13th Street, S.E., Washington, D.C., a multi-story tan brick building. The exterior of the first floor is covered by a reddish metal awning  The numerals 500 are written on a piece of cardboard that is taped above the door.

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

See Attached Affidavit ☐

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant

**YOU ARE HEREBY COMMANDED** to search on or before  February 5, 2008
                                                          (Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒ (in the daytime - 6 00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S Judge/U S Magistrate Judge, as required by law

JAN 2 8 2008 @ 1:27                       at Washington, **Deborah A. Robinson**
Date and Time Issued                                      United States Magistrate Judge
DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer               Signature of Judicial Officer

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
| 1/28/08 | 2/1/08  8am | Petra Nikolow |

INVENTORY MADE IN THE PRESENCE OF  SAs Catherine Hanna, Scott Turner

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

See attached receipt.

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_[signature]_

**FILED**
FEB 0 7 2008
Clerk, U.S. District and Bankruptcy Courts

Subscribed, sworn to, and returned before me this date.

_[signature]_
U.S. Judge or U.S. Magistrate Judge

02-07-2008
Date

FD-597 (Rev 8-11-94)

Page ___1___ of _____

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 245D-WF-231764

On (date) 2/1/08

item(s) listed below were:
- [ ] Received From
- [ ] Returned To
- [ ] Released To
- [x] Seized

(Name) No one present
(Street Address) 500 13th St, SE
(City) WDC

Description of Item(s):

1.) Stihl chainsaw
2.) Stihl saw TS-400
3.) Black & Decker heavy duty industrial drill in gray case
4.) Brown briefcase with various docs in name of Sylvia Burrows
5.) Hilti drill in red box with "T.A. Beach" inscribed on box.
6.) Miscellaneous PG County Police Dept items.
7.) Box of knives - J.A. Henckels brand
8.) Oster cool touch toaster
9.) Three (3) African artifacts
10.) One dog painting
11.) One (1) Apple notebook computer, S/N UV940146H78
12.) Two (2) Thomas Company framed paintings
13.) Mossberg shotgun S/N K390855
14.) Hercules 16 gauge double barrel shotgun
15.) Official starter's revolver
16.) Miscellaneous art in cardboard box
17.) One (1) Bandit Boom mountain bike w/ Arlington City Registration # 0487
18.) One (1) Cannondale mountain bike
19.) One (1) Pacific mountain bike

Received By: _Daniella [signature]_  (Signature)    Received From: No one present  (Signature)

FD-597 (Rev 8-11-94)                        Page 2 of _____

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 245D-WF-231764

On (date) 2/1/08

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) No one present
(Street Address) 500 13th St SE
(City) WDC

Description of Item(s):

20.) Two (2) boxes of 20 gauge shotgun shells
21.) Elephant tusk in blue blanket
22.) One (1) police light
23.) Box of African art pieces
24.) One (1) framed tapestry
25.) One (1) framed print in box
26.) Two (2) boxes of miscellaneous jewelery
27.) Donny & Marie Osmond dolls
28.) One (1) Toshiba laptop in black canvas bag, S/N Z7450258
29.) One (1) Milwaukee drill
30.) Bucket of documents & baseball cards
31.) One (1) Milwaukee hole hawg S/N 413458075
32.) One (1) Milwaukee drill
33.) One (1) framed painting
34.) One (1) mailing tube with posters, addressed to Greg Fant
~~35.) One brown suitcase with personal items on~~
35.) One (1) Milwaukee drill w/ name "T.A.B." inscribed
36.) Four (4) items of miscellaneous art

Received By: _Daniel Coats_ (Signature)    Received From: No one present (Signature)

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 245D WF-231704

On (date) 3/1/08

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) No one present

(Street Address) 500 13th St SE

(City) WDC

Description of Item(s):

37) Blue plastic bag w/ misc. ammunition

Received By: _____ (Signature)

Received From: No one present (Signature)